FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAROSLAV FRANK DRASAR,<br><br>Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>Respondent. | No. CV-05-6707-GAF (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting the motion to dismiss and dismissing the Petition as moot.

DATED: 5/6/08

_____
GARY A. FEESS
United States District Judge